UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

PETER A. SCOTT, SR.

                                                    Plaintiff,

      **-v.-**

                                                    Civil Action No.
                                                  9:12-cv-84 (GLS/TWD)

IMAN SHANSIDDEEN

                                                   Defendant.
--------------------------------------------------------------------------------

APPEARANCES:                          OF COUNSEL:

**FOR THE PLAINTIFF:**

PETER A. SCOTT, SR.
Plaintiff *Pro Se*
98-B-0124
Green Haven Correctional Facility
P.O. Box 4000
Stormville, New York 12582

**FOR THE DEFENDANT:**

HON. ERIC T. SCHNEIDERMAN      KEVIN P. HICKEY, ESQ.
Attorney General for the State of
 New York
The Capitol
Albany, New York 12223


GARY L. SHARPE,
CHIEF JUDGE

## **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Therese W. Dancks, duly filed May 28, 2013.  Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Therese W. Dancks filed May 28, 2013 is ACCEPTED in its entirety for the reasons state therein; and it is further

ORDERED, that Defendant's motion for summary judgment (Dkt. No. 20) be GRANTED; and it is further

ORDERED, that judgment be entered dismissing Plaintiff's Complaint, and it is further

ORDERED, that the Clerk of the Court is to mail copies of the Order to the parties in accordance with the court's local rules.

IT IS SO ORDERED.

Dated:     June 20, 2013
           Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court